**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| NOELLE MILESKI, | : | |
| Plaintiff, | : | |
| vs. | : | CA 14-0514-C |
| GULF HEALTH HOSPITALS, INC., d/b/a THOMAS HOSPITAL, | : | |
| | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the defendant's motion for summary judgment (Doc. 30) be **GRANTED IN PART** and **DENIED IN PART**. The defendant's motion is **GRANTED** with respect to plaintiff's FMLA interference claims and her failure to accommodate claim(s) under the ADA, plaintiff having voluntarily dismissed her ADA accommodation claim(s). The defendant's motion is **DENIED** with respect to plaintiff's ADA unlawful termination claim and her FMLA retaliation claim.

**DONE** this the 31st day of March, 2016.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**